FLETCHER C. ALFORD (SBN 152314)
KEVIN LIU (SBN 295287)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: falford@grsm.com
Email: kliu@grsm.com

Attorneys for Defendant
JETSMARTER, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACHIN DEV DUGGAL,<br><br>             Plaintiff,<br><br>     v.<br><br>JETSMARTER, INC., AND DOES 1-4, inclusive,<br><br>             Defendants. | CASE NO. 2:20-CV-01764<br><br>**DEFENDANT JETSMARTER, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JetSmarter, Inc. hereby provides the following disclosure:

1. JetSmarter, Inc. is a wholly-owned subsidiary of JetSmarter Group, Inc.

2. JetSmarter, Inc. is being defended in this action by CNA Insurance Company.

Dated: February 24, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Fletcher C. Alford*

Fletcher C. Alford
Kevin Liu
Attorneys for Defendant
JETSMARTER, INC.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On said date below, I served the within documents:

**DEFENDANT JETSMARTER, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by causing to be served by hand via messenger document(s) listed above to the person(s) at the address(es) as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☒ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

Attorneys for Plaintiff:

Walter J. Lack, Esq.
Engstrom Lipscomb & Lack
10100 Santa Monica Blvd., 12th FL.
Los Angeles, CA 90067-4107
Phone Number: (310) 552-3800
Fax Number: (310) 552-9434
Email: wlack@elllaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 24, 2020 at San Francisco, California.

*Maria Deang*
Maria Deang

-3-
DEFENDANT JETSMARTER, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1