**STAY LIFTED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACHIN DEV DUGGAL,<br><br>  Plaintiff,<br><br> v.<br><br>JETSMARTER, INC., AND DOES 1-4, inclusive,<br><br>  Defendants. | Case No.: CV 20-1764-DMG (SKx)<br><br>**ORDER RE VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE [11]** |

Based on the parties' stipulation, and for good cause appearing,

IT IS ORDERED THAT the above-captioned action is hereby dismissed with prejudice.

DATED: January 11, 2021         _/s/ Dolly M. Gee_____
                                 DOLLY M. GEE
                                 UNITED STATES DISTRICT JUDGE